

**MEMO ENDORSED**

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, New York 10007*

March 24, 2008

By Hand

Honorable Leonard B. Sand
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

      Re:  Rosa M. Delgado v. Barnhart
           07 Civ. 9255 (LBS)

Dear Judge Sand:

     This Office represents the Commissioner of Social Security, defendant in the above-captioned action. Upon my review of the record, I encountered an issue that required that I seek more information from the Agency. To allow time for this process to be completed, I respectfully request a thirty-day extension of time, from March 24, 2008, until April 23, 2008 to answer or move with respect to the complaint.

     One prior extension has been granted to the Commissioner, as the answer was initially due on January 22, 2008. Plaintiff pro se has kindly consented to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-08

*Extension granted as requested on consent*
*So ordered*
*[signature]*
*USDJ*
*3/25/08*

**MEMO ENDORSED**
COPIES MAILED TO ALL PARTIES
3-25-08 84

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Rosa M. Delgado, Plaintiff <u>Pro Se</u> (By Regular Mail)

**MEMO ENDORSED**