☐ **ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: 4-23-08         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                :
ROSA M. DELGADO,         :
                :
         Plaintiff,   :
                :
     - v. -       :
                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,     :
Commissioner of       :   07 Civ. 9255 (LBS)
Social Security,     :
                :
        Defendant.   :
                :
- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that this

action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

**COPIES MAILED TO ALL PARTIES**
4-23-08 ϑϤ.

further administrative proceedings.  The Clerk is directed to enter

judgment.  See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:  New York, New York
        April 15 , 2008


                                ROSA M. DELGADO
                                Plaintiff pro se
                                2100 Tiebout Avenue
                                  Apt.#402
                                Bronx, New York  10457
                                Telephone No.: (347) 963-4334

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York
                                Attorney for Defendant


                           By: _____
                                LESLIE A. RAMIREZ-FISHER
                                Assistant United States Attorney
                                86 Chambers Street - 3rd Floor
                                New York, New York  10007
                                Telephone No.: (212) 637-0378
                                Leslie.Ramirez-Fisher@usdoj.gov


SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE
      4/23/08