**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROSA M. DELGADO,

                     Plaintiff,                      07 CIVIL 9255 (LBS)

     -against-                                 **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                     Defendant.
-----------------------------------------------------------X

      Whereas the parties having stipulated that this action be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, and the matter having come before the Honorable Leonard B. Sand, United States District Judge, and the Court, on April 23, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding this matter to the Commissioner for further proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:** New York, New York
         April 24, 2008

                                                      J. MICHAEL McMAHON
                                                          Clerk of Court
                                 BY:
                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____